**DIFRANCESCO, BATEMAN, COLEY, YOSPIN,
KUNZMAN, DAVIS & LEHRER, P.C.**
15 Mountain Boulevard
Warren, New Jersey 07059
(908) 757-7800
Attorneys for Defendant Police Officer Anthony Piazza

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| DAVID WILSON<br><br>Plaintiff,<br><br>v.<br><br>POLICE OFFICER ANTHONY PIAZZA BADGE No. 65 INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; SGT MARK LEOPOLD BADGE NO. 41 INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY,<br><br>Defendants. | Case 3:10-cv-03356-MLC –DEA<br><br>**STIPULATION OF DISMISSAL**<br>*With Prejudice* |
|---|---|

The matter in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that all claims against all defendants are dismissed with prejudice without costs against either party pursuant to Fed. R. Civ. P. 41(a)(1).

FORMAN & CARDONSKY
Attorneys for Plaintiff

By: _____
SAMUEL TSINMAN

DIFRANCESCO, BATEMAN, COLEY,
YOSPIN, KUNZMAN, DAVIS & LEHRER
Attorney for Defendant Anthony Piazza

By: _____
TIMOTHY P. BECK

Dated: ~~August~~ ~~, 2012~~ NOVEMBER 14, 2012